Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8302. WARREN v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8338. MORRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8401. RHINES v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8452. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8624. WALKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8715. RODRIGUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8761. MCINTOSH v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8801. DOWDY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 04–1271. RUTTI v. WYOMING, 544 U. S. 1019;
No. 04–6002. IN RE ABSALON, 543 U. S. 807;
No. 04–9072. FIELDS v. UNITED STATES, ante, p. 828;
No. 05–105. UBEROI v. CITY OF BOULDER, COLORADO, ET AL., ante, p. 874;
No. 05–480. REVERIA TAVERN, INC. v. SUMMIT COUNTY BOARD OF ELECTIONS ET AL., ante, p. 1062;

No. 05–537.  FROTHINGHAM v. RUMSFELD, SECRETARY OF DEFENSE, *ante*, p. 1076;

No. 05–540.  FOX v. POTTER, POSTMASTER GENERAL, *ante*, p. 1062;

No. 05–5181.  JONES v. UNITED STATES, *ante*, p. 888;

No. 05–5479.  SPENCE v. CALIFORNIA, *ante*, p. 906;

No. 05–6006.  GLEASON v. HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *ante*, p. 983;

No. 05–6067.  IN RE LANGON, *ante*, p. 809;

No. 05–6100.  PEARSON v. UNITED STATES, *ante*, p. 1036;

No. 05–6205.  ROSENDARY v. UNITED STATES, *ante*, p. 952;

No. 05–6230.  BURROUGHS v. MAKOWSKI, WARDEN, *ante*, p. 1017;

No. 05–6331.  MISIAK v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante*, p. 1005;

No. 05–6447.  GODFREY v. WOLFE, WARDEN, *ante*, p. 1037;

No. 05–6607.  NORTONSEN v. REID, WARDEN, ET AL., *ante*, p. 1040;

No. 05–6660.  SCATES v. UNITED STATES, *ante*, p. 994;

No. 05–6673.  BANKS v. FAMILY INDEPENDENCE AGENCY, *ante*, p. 1041;

No. 05–6677.  SPROUSE v. POWELL, WARDEN, *ante*, p. 1021;

No. 05–6724.  CAGE-BARILE v. CHURCH OF CHRIST IN HOLLYWOOD, *ante*, p. 1042;

No. 05–6786.  MOSES v. WALKER, WARDEN, *ante*, p. 1064;

No. 05–6822.  ANDRYSZAK v. PAC FEDERAL CREDIT UNION, *ante*, p. 1064;

No. 05–6847.  FOX v. STOVALL, WARDEN, *ante*, p. 1065;

No. 05–6854.  MURDOCK v. AMERICAN AXLE & MANUFACTURING, INC., *ante*, p. 1065;

No. 05–6881.  CRUZADO-LAUREANO v. UNITED STATES, *ante*, p. 1009;

No. 05–6917.  BARRON v. UNIVERSITY OF TENNESSEE, *ante*, p. 1077;

No. 05–6918.  REEVE v. UNITED STATES, *ante*, p. 1022;

No. 05–6963.  STAR v. VIRGINIA, *ante*, p. 1044;

No. 05–6975.  MOHAMED v. FLORIDA, *ante*, p. 1066;

No. 05–7196.  MESSIER v. UNITED STATES, *ante*, p. 1050;

No. 05–7219.  McCULLOUGH v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, *ante*, p. 1079;

No. 05–7300.  BERAS *v.* UNITED STATES, *ante,* p. 1053;

No. 05–7327.  BRADFORD *v.* MAXWELL TREE EXPERT CO., INC., *ante,* p. 1079;

No. 05–7370.  CAMPBELL *v.* PLILER, WARDEN, *ante,* p. 1107;

No. 05–7441.  WILLIAMS *v.* UNITED STATES, *ante,* p. 1070;

No. 05–7447.  BEQUETTE *v.* UNITED STATES, *ante,* p. 1070;

No. 05–7538.  ATAMIAN *v.* BAHAR ET AL., *ante,* p. 1141;

No. 05–7723.  MOORE *v.* UNITED STATES, *ante,* p. 1119; and

No. 05–7824.  OXENDINE *v.* UNITED STATES, *ante,* p. 1122.  Petitions for rehearing denied.

No. 05–419.  CHAJKOWSKI *v.* BOSICK ET AL., *ante,* p. 1061;

No. 05–5980.  HESS *v.* KUNKLE ET AL., *ante,* p. 982; and

No. 05–6156.  JAMES *v.* 279 4TH AVENUE LLC ET AL., *ante,* p. 986.  Petitions for rehearing denied.  JUSTICE ALITO took no part in the consideration or decision of these petitions.

No. 05–7098.  BAKER *v.* DEPARTMENT OF JUSTICE, *ante,* p. 1054.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 04–8602.  MORGAN *v.* UNITED STATES, 544 U. S. 934.  Motion of petitioner for leave to file petition for rehearing denied.  JUSTICE ALITO took no part in the consideration or decision of this motion.

No. 05–5873.  MORALES *v.* MCKESSON HEALTH SOLUTIONS, LLC, *ante,* p. 947.  Motion of petitioner for leave to file petition for rehearing denied.

FEBRUARY 27, 2006

No. 05–535.  HIGGINS *v.* TYSON FOODS, INC.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ash* v. *Tyson Foods, Inc., ante,* p. 454 *(per curiam).*

No. 05A525.  ANDREWS *v.* GONZALES, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Application to recall and stay the mandate, addressed to JUSTICE SCALIA and referred to the Court, denied.